McGREGOR W. SCOTT
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California  95814
Telephone:  (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 06-MJ-0185 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS COMPLAINT AND |
| v. | ) | WITHDRAW WARRANT; |
| | ) | ORDER |
| QUINTON ANTWON GARRUS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons set forth below, the United States requests that the Court dismiss the above-referenced complaint and withdraw the arrest warrant which issued with the complaint.

    On July 7, 2006, the Honorable Kimberly J. Mueller signed a complaint and authorized an arrest warrant for Quinton Antwon Garrus for violating Title 18, United States Codes, Section 1073(a), Interstate Travel with the Intent of Avoiding Prosecution.

    I have been informed that on or about December 19, 2007, Quinton

Anton Garrus was arrested by Maryland State Police and charged with offenses relating to the facts set forth in the affidavit underlying the complaint in this matter.

Pursuant Federal Rule of Criminal Procedure 48, the government hereby moves the Court for an order dismissing the complaint in case 06-MJ-0185 KJM.  The government also respectfully requests that the arrest warrant issued in that case be withdrawn.

Dated: October 28, 2008          Respectfully submitted,

                                 MCGREGOR W. SCOTT
                                 United States Attorney



                            By:    /s/ Philip A. Ferrari
                                 PHILIP A. FERRARI
                                 Assistant U.S. Attorney



O R D E R

Upon application of the United States and Good Cause having been shown, IT IS HEREBY ORDERED that the complaint issued in case no. 06-MJ-0185 KJM is hereby DISMISSED.  The Court further ORDERS that the arrest warrant issued in case no. 06-MJ-0185 KJM be WITHDRAWN.

Date:  October 28, 2008.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE